UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Denise Barrera
*Plaintiff*

    v.                                                             3:10CV1063 WWE

Jacob Collection Group LLC
*Defendant*

## ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before March 25th, 2011 .

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before March 25th, 2011.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ORDERED.

Dated at Bridgeport, Connecticut, this 25th day of February, 2011.


_____/s/_____
Warren W. Eginton
Senior U.S. District Judge